UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
-------------------------------------------------------------- X
KENNETH SAMUELS,

                         Plaintiff,

              -against-

NEW YORK STATE DEPARTMENT OF
CORRECTION, et al.

                       Defendants.
-------------------------------------------------------------- X

No. 13 CV 8287 (KMK)

**<u>NOTICE OF APPEARANCE</u>**

**PLEASE TAKE NOTICE** that the undersigned attorney, duly admitted to practice in this Court, hereby appears as counsel on behalf of all defendants in the above-captioned action. Please serve all papers and direct all further correspondence and/or electronic notices to the undersigned.

Dated:  New York, NY
          July 6, 2017

                                           ERIC T. SCHNEIDERMAN
                                           Attorney General of the
                                           State of New York
                                           By:

                                           */s/ Nicholas P. Stabile*
                                           Nicholas P. Stabile
                                           Assistant Attorney General
                                           120 Broadway – 24th Floor
                                           New York, NY 10271
                                           Tel: (212) 416-6248
                                           Email: Nicholas.Stabile@ag.ny.gov

## DECLARATION OF SERVICE

Nicholas P. Stabile, pursuant to 28 U.S.C. § 1746, declares under penalty of perjury as follows:

That on July 6, 2017, I served the annexed Notice of Appearance upon the following named person:

>Kenneth Samuels
>DIN #97A0331
>Bare Hill Correctional Facility
>181 Brand Rd.
>Caller Box #20
>Malone, New York 12953-0020

plaintiff pro se, by depositing a true and correct copy thereof, properly enclosed in a pre-paid wrapper, in a post-office box regularly maintained by the government of the United States at 120 Broadway, New York, New York 10271, directed to said person at the address within the State designated by him for that purpose.

>*/s/ Nicholas P. Stabile*
>Nicholas P. Stabile

Executed on July 6, 2017